IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DOROTHY ANTHONY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 3:11-cv-735-MEF |
| ) | |
| BULLS REALTY, *et al.*, ) | (WO – Do Not Publish) |
| ) | |
| DEFENDANTS. ) | |

**ORDER**

On November 8, 2012, the Court ordered Plaintiff Dorothy Anthony ("Anthony" or "Plaintiff") to file an Amended Complaint to specifically establish the Defendants' citizenship. (Doc. #60.) On November 16, 2012, Plaintiff filed her Second Amended Complaint, attempting to meet the jurisdictional pleading requirements of this Order; however, Plaintiff's Amended Complaint fails to set forth the necessary allegations to establish a proper basis for federal diversity jurisdiction. Plaintiff alleges that Defendants Bulls Realty and Blanchet Villas, Ltd. are citizens of Alabama. Yet Plaintiff does not allege the state of Bulls Realty's incorporation. Nor does she allege the citizenship of each partner of Blanchet Villas, Ltd. *See Rolling Green MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004).

Accordingly, Plaintiff is hereby DIRECTED to file with the Court an Amended Complaint that properly establishes federal subject matter jurisdiction based on diversity. Failure to plead the necessary jurisdictional prerequisites by November 27, 2012 **will** result

in dismissal of this case for lack of jurisdiction.

    DONE this the 21st day of November, 2011.

                                                      /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE