IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY ANTHONY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-cv-735-MEF |
| | ) | |
| BULLS REALTY, *et al.*, | ) | (WO – Do Not Publish) |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER**

On January 29, 2013, the parties were ordered to file a joint stipulation of dismissal that complies with Federal Rule of Civil Procedures 41(a)(1)(A)(ii) on or before February 6, 2013. This deadline has not been complied with; nor has any party moved to extend the deadline. Accordingly, it is hereby ORDERED that the parties file their joint stipulation of dismissal on or before **February 13, 2013.**

DONE this the 11th day of February, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE