IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DOROTHY ANTHONY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 3:11-cv-735-MEF |
| ) | |
| BULLS REALTY, *et al.*, ) | (WO – Do Not Publish) |
| ) | |
| DEFENDANTS. ) | |

**ORDER**

Before the Court is the Motion to Enforce Settlement Agreement (Doc. #87) filed by Defendants Bulls Realty and the Utilities Board of Tuskegee.  It is hereby ORDERED that this motion is set for a status conference on **February 19, 2013 at 9:00 a.m.** in Courtroom 2A, United States Courthouse, One Church Street, Montgomery, Alabama.  The Plaintiff, Dorothy Anthony, **and** her counsel of record, Lateefah Muhammad, are both ORDERED to attend this status conference.  If either Plaintiff or her counsel of record fails to attend this status conference, they **will** be sanctioned by the Court.  It is further ORDERED that no Defendant is required to answer or otherwise respond to Plaintiff's Third Amended Complaint (Doc. #85), filed on January 29, 2013.

DONE this the 14th day of February, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE